DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WINSTON DENNARD PINTO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3329

[February 22, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 2012CF008130AXX.

Winston Pinto, Miami, pro se.

No response required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***